# Court of Appeals
# of the State of Georgia

ATLANTA,___March 18, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1216.  DAVID L. HARPER v. THE STATE.

David L. Harper was convicted of reckless conduct and discharging a firearm on or near a public highway.  He later filed a motion to vacate the judgment, arguing that the State's witnesses had committed perjury.[1]  The trial court denied the motion, and Harper appeals.  We, however, lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (686 SE2d 786) (2009).  Any appeal from an order denying such a motion must be dismissed.  See id.; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Because Harper is not authorized to collaterally attack his conviction in this manner, his appeal must be dismissed.  See id.; see also *Harper v. State*, supra at 218 (1); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010).  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____03/18/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Harper also filed a motion for new trial, which the court denied.  He did not appeal from that denial.